UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES MAKI, | Case No. 3:18-cv-00365-MMD-WGC |
| Plaintiff, | **ORDER** |
| v. | |
| JANET COBB SMUCK, *et al.*, | |
| Defendants. | |

Plaintiff, who appears to be incarcerated within the Nevada Department of Corrections (NDOC), at Ely State Prison (ESP), filed a civil rights Complaint pursuant to 42 U.S.C. § 1983 on July 30, 2018. (ECF No. 1-1.) His complaint was not accompanied by the filing fee or a completed application to proceed in forma pauperis (IFP).

The Clerk shall **SEND** Plaintiff a copy of the IFP application for inmates along with the instructions for filing the same.

Plaintiff has **THIRTY (30) DAYS** from the date of this Order to either submit a completed IFP application or pay the $350 filing fee and $50 administrative fee (for a total of $400) or the court will recommend dismissal of this action.

**IT IS SO ORDERED.**

DATED: August 1, 2018.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE